10-CV-05835-ORD

FILED _____ LODGED
_____ RECEIVED
JAN 20 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | | |
|---|---|---|
| STEPHANIE WILSON, | ) | Case No. 3:10-cv-05835-RBL |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| NATIONWIDE CREDIT, INC., | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Western District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 19th day of January, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Dismissal - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 19th day of January, 2011, with:

2 | United States District Court CM/ECF system

3

4

5 | By: s/ Jessica DeCandia
6 | Jessica DeCandia

7

8

9

IT IS SO ORDERED THIS 20th DAY OF January, 2011

10

11 | [signature]
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Notice of Dismissal - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com